PD-0832-15

pd-0832-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/31/2015 10:31:32 AM
Accepted 12/31/2015 2:17:59 PM
ABEL ACOSTA
CLERK

BENNETT & SECREST, PLLC
ATTORNEYS AT LAW
THE NIELS ESPERSON BUILDING
808 TRAVIS STREET, 24TH FLOOR
HOUSTON, TEXAS 77002

TELEPHONE: (713) 757-0679
FACSIMILE: (713) 650-1602

**ROBERT C. BENNETT** (RETIRED)
BOARD CERTIFIED CRIMINAL LAW • TEXAS BOARD OF LEGAL SPECIALIZATION

**GEORGE McCALL SECREST, JR.**
BOARD CERTIFIED CRIMINAL LAW • TEXAS BOARD OF LEGAL SPECIALIZATION

December 31, 2015

Hon. Abel Acosta, Clerk
Clerk, Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX   78711

FILED IN
COURT OF CRIMINAL APPEALS

DECEMBER 31, 2015

ABEL ACOSTA, CLERK

> Re:   No. PD-0832-15, *James Alan Jenkins v. The State of Texas*

Dear Mr. Acosta:

Oral argument for the above-referenced case is scheduled for February 3, 2016. The undersigned attorney will appear for the Appellee at oral argument.

Sincerely,

/s/ George M. Secrest, Jr.
GEORGE M. SECREST, JR.

GMS/kh

cc:   Mr. Jon R. Meador, Assistant Attorney General
Ms. Lisa McMinn, State Prosecuting Attorney